STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

07-692
consolidated with 07-538

ELIZABETH HIGGINBOTHAM, AND
CYNTHIA MARIE KUHLMANN, INDIVIDUALLY
AND ON BEHALF OF HER MINOR SON,
DUSTIN ALEXANDER KUHLMANN

VERSUS

THE RAPIDES FOUNDATION D/B/A
RAPIDES REGIONAL MEDICAL CENTER,
JOSEPH WILTZ AND ABC INSURANCE COMPANY

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, DOCKET NO. 208,571 -- DIVISION D
HONORABLE JOHN C. DAVIDSON, DISTRICT JUDGE

**********

JAMES T. GENOVESE
JUDGE

**********

Court composed of Marc T. Amy, Michael G. Sullivan, and James T. Genovese, Judges.

AFFIRMED.

Leonard M. Berins
Gerald Wasserman
Bach & Wasserman
3939 North Causeway Boulevard, Suite 200
Metairie, Louisiana 70002
(504) 846-5700
COUNSEL FOR PLAINTIFFS/APPELLANTS:
    Elizabeth Higginbotham and Cynthia Marie Kuhlman, individually
    and on behalf of her minor son, Dustin Alexander Kuhlman

**Randall M. Seeser**
**Brandon A. Sues**
**Gold, Weems, Bruser, Sues & Rundell**
**2001 MacArthur Drive**
**Post Office Box 6118**
**Alexandria, Louisiana 71307-6118**
**(318) 445-6471**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Rapides Healthcare System, L.L.C., d/b/a Rapides Regional Medical**
    **Center and Health Care Indemnity, Inc.**

**GENOVESE, Judge.**

For the reasons assigned in the companion and consolidated case of *Elizabeth Higginbotham, et al. v. Rapides Healthcare System, L.L.C., et al.*, 07-538 (La.App. 3 Cir. __/__/07), ___ So.2d ___, the judgment of the trial court granting the summary judgment of Health Care Indemnity, Inc. is affirmed. Costs of this appeal are assessed against Plaintiffs/Appellants, Elizabeth Higginbotham and Cynthia Marie Kuhlmann, individually and on behalf of her minor son, Dustin Alexander Kuhlmann.

**AFFIRMED.**